FILED

AUG 1 4 2012

Clerk, U.S District & Bankrupt
Courts for the District of Colum

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MICHAEL DONALD WILSEY,       )
                             )
        Plaintiff,           )
                             )
    v.                       )     Civil Action No. 12-880
                             )
MICHAEL PRODAN, *et al.*,     )
                             )
        Defendants.          )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the

Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, the

plaintiff was directed to submit a certified copy of his trust fund account statement (or

institutional equivalent), including the supporting ledger sheets, for the six-month period

immediately preceding the filing of this complaint, obtained from the appropriate official of each

prison at which plaintiff is or was confined. 28 U.S.C. § 1915(a)(2). To date the plaintiff has

not submitted the required financial information. Accordingly, the Court will deny his

application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 8/10/12